United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Marcos Leon, on behalf of himself and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EB Elite Power, LLC, DBA Elite Power, and Brandon M. Martin, <br><br> Defendants. | Case No. 4:20-cv-002976 |

## ORDER ON STIPULATION OF DISMISSAL

Plaintiffs Marcos Leon, Chris Hall, and Rafael Pena and Defendants EB Elite Power, LLC d/b/a Elite Power and Brandon M. Martin having filed their Stipulation of Dismissal, and this Court having reviewed the same, it is hereby ORDERED:

1. The stipulation is approved. This case is dismissed with prejudice as to Plaintiffs' individual claims.

2. Each party shall bear its own attorney's fees and costs.

Dated:  Sept. 15, 2021

_____
Judge, United States District Court

1